In the Matter of the Estate of JOHN D. MEYER, Deceased.

CARSTEN H. MEYER, as Executor of JOHN D. MEYER, Deceased, Appellant; WILHELMINA C. STAUSEBACH et al., Respondents.

*Matter of Meyer*, 98 App. Div. 7, affirmed.
(Submitted April 11, 1905; decided April 25, 1905.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 22, 1904, which affirmed an order of the New York County Surrogate's Court directing the executor herein to make and file his account.

The following question was certified :

"In the absence of any act of an executor repudiating his liability as trustee, is the lapse of thirteen years and nine months from the time of the issue of letters testamentary a bar to a proceeding to compel the executor to account?"

*Terry Smith* for appellant.

*David K. Case* for respondents.

Order affirmed, with costs, on opinion below.    Question certified answered in the negative.

Concur: CULLEN, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.    Absent: GRAY, J.